Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **VINCENT MAURICE JOHNSON** |
| **Docket Number:** | 1:00CR05252-001 REC |
| **Offender Address:** | Madera, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11/12/2002 |
| **Original Offense:** | 21 USC 841(a)(1) and 18 USC 2, Conspiracy to Manufacture, Distribute, and Possess With Intent to Distribute Cocaine Base and Aiding and Abetting<br>(CLASS A FELONY) |
| **Original Sentence:** | 130 months Bureau of Prisons, 60 months supervised release, mandatory drug testing, $100 special assessment |
| **Special Conditions:** | 1) Search; 2) Drug/alcohol treatment; 3) Drug/alcohol testing; 4) Pager/cellular phone restriction; 5) No alcohol; 6) Aftercare co-payment; 7) Drug registration |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 11/10/2008 |
| **Assistant U.S. Attorney:** | Virna L Santos     **Telephone:** 559-497-4000 |
| **Defense Attorney:** | Roger T. Nuttall     **Telephone:** 559-233-2333 |

RE:     JOHNSON, Vincent M.
        Docket Number:  1:00CR05252-001 REC
        PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER


**Other Court Action:**


**02/14/2011:**                         Probation Form 12A, Report of Offender Non-Compliance,
                                        alleging use of cocaine.  The Court approved probation
                                        officer's plan requiring drug testing.

**03/15/2011:**                         Probation Form 12A, Report of Offender Non-Compliance,
                                        alleging use of cocaine.  The Court approved probation
                                        officer's plan requiring drug testing and substance abuse
                                        counseling.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**


The defendant shall complete 50 hours of unpaid community service as directed by
the probation officer. The defendant shall pay fees attendant to participation and
placement in this program on a sliding scale as determinate by the program.
Community services shall be completed by July 1, 2012.


The defendant shall participate in a cognitive behavioral treatment program as direted by
the probation officer.


**Justification:**  On March 15, 2012, Madera Police Department arrested the offender for Resisting
a Police Officer, in violation of California Penal Code Section 148(a)(1).  According to the arrest
report, an officer located the offender walking in an area where vehicle burglaries had been reported.
A warrants check was conducted, and the officer was advised by dispatch that the offender was on
federal probation.  When the officer proceeded to conduct a search of his person, the offender fled.
He was subsequently arrested and booked into Madera County Department of Corrections where he
was later released with a citation to appear in court.  His vehicle was searched incident to his arrest,
and officer's detected the odor of marijuana.

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

**RE:     JOHNSON, Vincent M.**
**Docket Number:  1:00CR05252-001 REC**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**


According to the offender, when the officer began searching his body, he panicked and ran.  The offender stated he had just finished visiting with a female friend and was walking to his vehicle when the officer stopped him.  He regrets fleeing from the officer, but feels that he was not doing anything wrong and was searched for no reason.  The offender denied smoking marijuana but stated that someone might have smoked marijuana in his car.  A presumptive drug test was obtained from the offender which reported negative.  The police report does confirm that the offender was telling the truth about where he was coming from that evening, as the offender ran back to the area where his female friend resides.

In order to address this violation and issues of accountability, this officer is recommending the Court modify his conditions of supervision to reflect the above special conditions.  Attached is the signed "Waiver of Hearing to Modify Conditions of Supervised Release."  This modification will allow the offender to resolve his pending case with Madera County and participate in a cognitive behavioral treatment program as well as serve community hours.  The offender has been advised that further violation conduct may result in formal court action.


                         Respectfully submitted,

                         /s/ Marlene K. DeOrian

                         **MARLENE DEORIAN**
              **Senior United States Probation Officer**
                    Telephone:  559-499-5729

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

**RE:**   **JOHNSON, Vincent M.**
      **Docket Number:  1:00CR05252-001 REC**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


**DATED:**      March 29, 2012
         Fresno, California
         MD/zc


**REVIEWED BY:**   /s/ Hubert J. Alvarez
            **HUBERT J. ALVAREZ**
            **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:


cc:    United States Probation
      Assistant United States Attorney
      Assistant Federal Defender
      Defendant
      Court File


IT IS SO ORDERED.


Dated:    April 5, 2012

                              CHIEF UNITED STATES DISTRICT JUDGE

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD